CHRISTENSEN JAMES & MARTIN
EVAN L. JAMES, ESQ.
Nevada Bar No. 007760
E-Mail kbchrislaw@aol.com
E-Mail ejameslv@gmail.com
7440 W. Sahara Avenue
Las Vegas, NV 89117
Office: (702) 255-1718
Facsimile: (702) 255-0871
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust; California Ironworkers Field Welfare Plan; California Field Ironworkers Vacation Trust; California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund; California and Vicinity Field Ironworkers Annuity Trust Fund; California Field Ironworkers Administrative Trust; California Field Ironworkers Labor Management Cooperative Trust; Ironworkers Emergency Relief Fund ; and Ironworkers Workers' Compensation Trust, <br><br> Plaintiffs, <br><br> v. <br><br> Kenebec, Inc. <br><br> Defendant. | Case No. 2:11-cv-01294-GMN-PAL <br><br> **JUDGMENT BY CONFESSION** <br><br> **[NRS 17.090 17.110]** |

Pursuant to NRS 17.090 through 17.110, inclusive, and the express Stipulation for Entry of Judgment by Confession between the parties hereto, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Trustees of the California Ironworkers Field Pension Trust; California Ironworkers Field Welfare Plan; California Field Ironworkers Vacation Trust; California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund; California and Vicinity

Field Ironworkers Annuity Trust Fund; California Field Ironworkers Administrative Trust; California Field Ironworkers Labor Management Cooperative Trust; Ironworkers Emergency Relief Fund ; and Ironworkers Workers' Compensation Trust, ("Plaintiffs" or " Trust Funds"), by and through their attorneys, Christensen James & Martin, shall take Judgment by Confession ("Judgment") against the Defendant, Kenebec, Inc. ("Kenebec").

2.  The Judgment hereunder is $_____, which is the stipulated $229,687.18 less $_____ paid by Kenebec pursuant to the Settlement Agreement attached to the Stipulation for Judgment by Confession.

3.  The Judgment amount here under shall bear interest at a minium rate of 6% per annum.

**DATED and DONE** this 16th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

Approved as to Form and Content:

Law Offices of Alan R. Smith

By: _____
ALAN R. SMITH, ESQ.
Attorney for Kenebec

Approved and Submitted by:

Christensen James & Martin

By: _Evan L. James_____
Evan L. James, Esq.
Attorneys for Plaintiffs

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE.
LAS VEGAS, NEVADA 89117
TELEPHONE (702) 255-1718   FACSIMILE (702) 255-0871

## OATH AND VERIFICATION

State of Nevada )
: ss.
County of Clark )

John Walton, President of Kenebec, Inc., being first duly sworn upon oath, now verify and declare that:

1. Entry of Judgment by Confession, according to its provisions, is duly authorized;

2. The money due and owing and the basis for said Judgment by Confession shall be considered accurate for purposes of the Judgment by Confession.

Further you affiant sayeth naught.

_John Walton_ (signature)
John Walton

Subscribed and Sworn before me this 1ST day of OCTOBER, 2008.

_Merrilyn H. Marsh_ (signature)
Notary Public

MERRILYN H. MARSH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 94-0191-2 · Expires October 15, 2010

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE.
LAS VEGAS, NEVADA 89117
TELEPHONE (702) 255-1718   FACSIMILE (702) 255-0871

4