CHRISTENSEN JAMES & MARTIN
EVAN L. JAMES, ESQ.
Nevada Bar No. 007760
E-Mail kbchrislaw@aol.com
E-Mail ejameslv@gmail.com
7440 W. Sahara Avenue
Las Vegas, NV 89117
Office: (702) 255-1718
Facsimile: (702) 255-0871
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| The Trustees of the California Ironworkers Field Pension Trust; California Ironworkers Field Welfare Plan; California Field Ironworkers Vacation Trust; California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund; California and Vicinity Field Ironworkers Annuity Trust Fund; California Field Ironworkers Administrative Trust; California Field Ironworkers Labor Management Cooperative Trust; Ironworkers Emergency Relief Fund; and Ironworkers Workers' Compensation Trust, <br><br> Plaintiffs, <br><br> v. <br><br> Kenebec, Inc. <br><br> Defendant. | Case No. 2:11-cv-01294-GMN-PAL <br><br> **AMENDED** <br><br> **JUDGMENT BY CONFESSION** <br><br> **[NRS 17.090 17.110]** |

Pursuant to NRS 17.090 through 17.110, inclusive, and the express Stipulation for Entry of Judgment by Confession between the parties hereto, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Trustees of the California Ironworkers Field Pension Trust; California Ironworkers Field Welfare Plan; California Field Ironworkers Vacation Trust; California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund; California and Vicinity

Field Ironworkers Annuity Trust Fund; California Field Ironworkers Administrative Trust; California Field Ironworkers Labor Management Cooperative Trust; Ironworkers Emergency Relief Fund ; and Ironworkers Workers' Compensation Trust, ("Plaintiffs" or " Trust Funds"), by and through their attorneys, Christensen James & Martin, shall take Judgment by Confession ("Judgment") against the Defendant, Kenebec, Inc. ("Kenebec").

2.  The Judgment hereunder is $39,607.79 which is the stipulated $229,687.18 less amounts paid by Kenebec or otherwise credited to Kenebec pursuant to the Settlement Agreement attached to the Stipulation for Judgment by Confession.

3.  The Judgment amount here under shall bear interest at a minium rate of 6% per annum.

**DATED and DONE** this 16th day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

Approved as to Form and Content:

Law Offices of Alan R. Smith

By: _____
ALAN R. SMITH, ESQ.
Attorney for Kenebec

Approved and Submitted by:

Christensen James & Martin

By: _Evan L. James_____
Evan L. James, Esq.
Attorneys for Plaintiffs

3

# OATH AND VERIFICATION

State of Nevada       )
                      : ss.
County of Clark       )

John Walton, President of Kenebec, Inc., being first duly sworn upon oath, now verify and declare that:

1. Entry of Judgment by Confession, according to its provisions, is duly authorized;

2. The money due and owing and the basis for said Judgment by Confession shall be considered accurate for purposes of the Judgment by Confession.

Further you affiant sayeth naught.

*/s/ John Walton*
John Walton

Subscribed and Sworn before me this 1ST day of OCTOBER, 2008.

*/s/ Merrilyn H. Marsh*
Notary Public

MERRILYN H. MARSH
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 94-0191-2 · Expires October 15, 2010

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE.
LAS VEGAS, NEVADA 89117
TELEPHONE (702) 255-1718   FACSIMILE (702) 255-0871

4